HARRY H. WEINBERGER et al., complainants,

*v.*

MAX GOLDSTEIN et al., defendants.

[Decided May 16th, 1927.]

On appeal from an order of the court of chancery advised by Chancellor Walker, whose opinion is reported in *99 N. J. Eq. 1.*

Appeal of Harry Weinberger et al.

*Mr. Merritt Lane* and *Messrs. Ward & McGinnis,* for the appellants.

*Mr. Wilbur A. Heisley,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.